**Order entered September 9, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00299-CR

**KENNETH ALLEMAN MIDGLEY, II, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-82836-2017**

## ORDER

Before the Court is appellant's pro se request to suspend appellate rule 9.3 regarding the number of copies required to be filed. We **GRANT** the request and **ORDER** that appellant shall be allowed to file a single copy of his pro se response to the August 13, 2019 *Anders* brief filed by appellate counsel. As reflected in our August 30, 2019 order, appellant's pro se response is due by **November 1, 2019**.

We **DIRECT** the Clerk to send a copy of this order, by first class mail, to Kenneth Alleman Midgley II, TDCJ #02252631, Allred Unit, 2101 FM 369 North, Iowa Park, TX 76367.

/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE